IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: EDUARDO OTERO PRIETO
YVETTE LA PORTE CAQUIAS

Bkrtcy. No. 10-09826-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Oct 20, 2010
Meeting Date: Nov 22, 2010
DC Track No. 14

Days from petition date: 33
Meeting Time: 11:00 AM

910 Days before Petition: 4/23/2008
☐ Chapter 13 Plan Date: Oct 20, 2010 Dkt.# 2 ☐ Amended.

This is debtor(s) _____ Bankruptcy petition.
Plan Base: $24,000.00

This is the _____ Scheduled Meeting
Confirmation Hearing Date: Dec 29, 2010 Time: 2:30 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. | Date | Amount
Total Paid In: $0.00

I. **Appearances:** ☐ Telephone ☐ Video Conference ☐ Creditor(s) present: ☐ None.
☐ Debtor Present ☐ ID & Soc. OK ☒ Debtor Absent
☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
Debtor(s) was/were ☐ Examined ☒ Not Examined under oath.
Attorney for Debtor(s) ☒ Present ☐ Not Present
☐ Substitute attorney: ☐ Pro-se.

II. Attorneys Fees as per R 2016(b) Statement  Attorney of record: JOSE PRIETO CARBALLO*
Total Agreed: $3,000.00  Paid Pre-Petition: $136.00  Outstanding: $2,864.00 THROUGH THE PLAN

III. Trustee's will file Motion to Dismiss: ☐ For Failure to appear; ☐ For Failure to commence payments.

IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☐ Under ☐ Above Median Income.  Liquidation Value: _____
Commitment Period is ☐ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: _____
The Trustee ☐ RECOMMENDS ☐ OBJECTS  Plan confirmation.
§341 Meeting ☒ CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: February 8, 2011 at 10:00 am

V. Trustee's OBJECTIONS to Confirmation:
☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Tax returns requirements. [§1308] _____
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

ADDITIONAL OBJECTIONS / COMMENTS:

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Nov 22, 2010