IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: EDUARDO OTERO PRIETO<br>YVETTE LA PORTE CAQUIAS | Bkrtcy. No. 10-09826-BKT<br>Chapter 13 |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: **Oct 20, 2010**  Meeting Date **Feb 08, 2011**  DC Track No. **9**

Days from petition date **111**  Meeting Time **10:00 AM**

910 Days before Petition **4/23/2008**  ☐ Chapter 13 Plan Date **Feb 02, 2011 Dkt.# 15**  ☐ Amended.

This is debtor(s) _____ Bankruptcy petition.  Plan Base: **$23,360.00**

This is the _____ Scheduled Meeting  Confirmation Hearing Date: **Dec 29, 2010**  Time: **2:30 PM**

Payment(s) ☐ Received or  Ck/MO No.  Date  Amount  Total Paid In: **$0.00**
☐ Evidence shown at meeting:

**I. Appearances:**  ☐ Telephone ☐ Video Conference   ☐ Creditor(s) present:  ☒ None.
☐ Debtor Present  ☐ ID & Soc. OK  ☐ Debtor Absent
☐ Joint Debtor Present  ☐ ID & Soc. OK  ☐ Joint Debtor Absent
  Debtor(s) was/were ☐ Examined ☐ Not Examined under oath.
  Attorney for Debtor(s) ☐ Present ☐ Not Present
☐ Substitute attorney:  ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement**  Attorney of record: **JOSE PRIETO CARBALLO***
Total Agreed: **$3,000.00**  Paid Pre-Petition: **$136.00**  Outstanding: **$2,864.00** THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:**  ☐ For Failure to appear;  ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☐ Under  ☐ Above Median Income.  Liquidation Value: _____
Commitment Period is ☐ 36  ☐ 60 months.  [§1325(b)(1)(B)] Gen. Unsecured Pool: _____

The Trustee ☐ RECOMMENDS ☐ OBJECTS Plan confirmation.
§341 Meeting ☒ CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: **To be notified**

**V. Trustee's OBJECTIONS to Confirmation:**
☐ FEASIBILITY [§1325(a)(6)]  ☐ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Tax returns requirements. [§1308] _____
☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
1) Debtor will become current within 5 days.
2) Debtor will provide tax returns within 10 days.
or Trustee will file a motion to dismiss.

/s/ José R. Carrión
Trustee    Presiding Officer    Page 1 of 1    Date: Feb 08, 2011