IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO **10-09828 BKT** |
|---|---|
| **EDUARDO OTERO PRIETO**<br>**IVETTE LA PORTE CAQUIAS**<br><br>DEBTORS | CHAPTER 13 |

## MOTION OBJECTING PLAN

TO THE HONORABLE COURT:

NOW COMES creditor **BANCO BILBAO VIZCAYA ARGENTARIA (BBVA)**, represented by its undersigned attorneys and respectfully states and prays:

1. On **October 20th, 2011,** debtors filed the instant petition for relief.

2. Debtors filed an amended plan dated February 15th, 2011, by means of which they propose to pay to the Trustee the sum of $100.00 for the first two (2) months and $410.00 for fifty six (56) consecutive months for a total base of $23,160.00. From said proceeds the Trustee shall disburse $2,864.00 for attorney's fees. The plan further states that they consent to the lifting of the automatic stay in favor of BBVA.

3. BBVA is holder in due course of a duly recorded money purchase security agreement with security interest (contract number 9611115968) at the Motor Vehicles and Trailers Registry of the Department of Transportation and Public Works of the Commonwealth of Puerto Rico, which encumbers a 1999, Ford E-350 automobile, engine number 1FDWE30L7XHA73770 registered in the name of EDUARDO OTERO PRIETO.(See Exhibit "A")

4. BBVA respectfully requests from this Honorable Court to enter an Order denying confirmation of the proposed plan based on the following grounds:

a. Section 1325(a)(5) of the Bankruptcy Code, [11 USC 1325(a)(5) states as follows:

> "(5) with respect to each allowed secured claim provided for by the plan—
> (A) the holder of such claim has accepted the plan;
> (B) (i) the plan provides that the holder of such claim retain the lien securing such claim; and
> (ii) the value, as of the effective dated of the plan, of property to be distributed under the plan on account of such claim is not less than the allowed amount of such claim; or
> (C) the debtor surrenders the property securing such claim to such holder;

b. Pursuant to BBVA's record debtors holds possession of the vehicle above described. As per the statement of Financial Affairs, there has been no transfer of the vehicle. It is important to note that, by not surrendering the vehicle, debtor intends to continue using the same until BBVA is able to foreclose its security interest in a judicial action.

c. It is BBVA's contention that debtors have filed in bad faith the instant plan because they should had provided for the immediate surrender of the vehicle instead.

**WHEREFORE,** it is respectfully requested from this Honorable Court to grant this Motion and to enter an Order denying confirmation of the proposed plan.

**I HEREBY CERTIFY:** On this same date I electronically filed the foregoing document with the clerk of the Court using the CM/ECF System which will sent notification of such filing to the following: Attorney for Debtor(s), **JOSE M PRIETO CARBALLO, ESQ** and to Chapter 13 Trustee, **JOSE RAMON CARRION MORALES** and by ordinary mail to debtor(s) and to all creditors and parties in interest appearing in the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 23 day of February, 2011.

s/ Angel M. Vázquez Bauzá
**ANGEL M VÁZQUEZ BAUZÁ, ESQ.**
Bar Number: 203308
ENR & Associates
PO Box 191017
San Juan, PR 00919-1017
Tel.(787) 754-1313   Fax. 754-1354
e-mail: avazquez@enrassociates.com

oco

# BBVA

1738 Calle Amarillo
Río Piedras, PR 00926

**CONTRATO DE VENTA AL POR MENOR A PLAZOS**
**(ACUERDO DE GRAVÁMEN MOBILIARIO)**

Vende y hace la siguiente divulgación requerida por Ley Federal y el(los)

**EL VENDEDOR:** AUTONE — CARR #2 KM 42.7 VEGA BAJA PR 00693
NOMBRE COMPLETO — Dirección Completa del Negocio — Zip Code

**COMPRADOR(ES):** EDUARDO OTERO PRIETO
NOMBRE COMPLETO
SAN AGUSTIN, EDIF. QP 1 APTO. 488, SAN JUAN PR 00906
Dirección Residencial (donde se enviarán todas las Notificaciones) — Zip Code

Compra(n) y grava(n) la siguiente mercancía denominada "Vehículo" "Propiedad"

96-1111-5968

NOMBRE COMPLETO
3324869
dencial (donde se enviarán todas las Notificaciones) — Zip Code

conforme a todos los términos... [boilerplate contract text about BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO, gravamen mobiliario, etc.]

| Año | Nuevo o Usado | Marca y Modelo | N° Cilindros | Núm. de Identificación del Vehículo | Uso Principal |
|-----|---------------|----------------|--------------|-------------------------------------|---------------|
| 1999 | U | FOR VAN | 8 | 1FDWE30L7XHA73770 | Personal ☐ Negocio ☐ |

☐ Transmisión Manual Opcional  ☐ Ventanas Eléctricas  ☐ Guía Eléctrico Hidráulico (Power Steering)  ☐ Stereo  ☒ 2 Puertas
☐ Radio  ☐ Aire Acondicionado  ☐ Otro – Describa  ☐ 4 Puertas
☐ Frenos de Fuerza (Power Brakes)  ☐ Transmisión Automática  ☐ Asientos Control Eléctrico

## TERMINOS DEL CONTRATO

EL VENDEDOR tiene intención de ceder este contrato al BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO ("BBVA"). Si este contrato es cedido al BBVA puede que sea considerado como un acreedor bajo este contrato para propósitos del "Truth-In-Lending Act". En caso de que este contrato sea cedido el término "VENDEDOR" en lo sucesivo incluirá al Cesionario "BBVA" y cualquier cesionario de éste y así cedido, el Cesionario tendrá todos los derechos, poderes y prerrogativas del VENDEDOR bajo el mismo. Este contrato comprende el contrato entero entre las partes.

**1. PAGOS:** El COMPRADOR se compromete a pagar al VENDEDOR o cesionario ( el "Vendedor") todos los pagos establecidos en este contrato. Además:

A. Por cada plazo que esté en morosidad por un período mayor de quince (15) días, el COMPRADOR pagará cinco porciento (5%) del plazo así vencido...

B. En caso de que el Contrato sea referido a abogado para acción de reposesión de bienes muebles o para su cobro por vía judicial, el COMPRADOR pagará cincuenta dólares ($50.00) o el cinco porciento (5%) del balance de la deuda...

C. Por cada cheque recibido en pago de cualquier cantidad y que sea devuelto el Comprador pagará un cargo de $10.00.

D. El COMPRADOR pagará los derechos de constitución, cesión y cancelación del gravamen mobiliario objeto de este Contrato y derechos requeridos por las agencias gubernamentales correspondientes.

E. Las Costas y gastos incurridos de instarse una acción judicial en relación con este contrato, incluyendo, pero no limitado a, sellos de rentas internas, fianza judicial, costos de investigación y diligenciamiento, grúa, seguro, almacenamiento, posesión y conservación del Vehículo.

F. El COMPRADOR podrá hacer abonos a principal y saldos por adelantado. No se cobrarán intereses sobre la porción del principal pagado por adelantado.

G. Todos los pagos requeridos por este contrato se harán o remitirán a la oficina principal del Departamento de Financiamiento de Automóviles de BBVA, localizada en la Calle Amarillo Núm. 1738, Río Piedras, Puerto Rico, 00926, o en cualquiera de sus sucursales localizadas en Puerto Rico.

**2.** El COMPRADOR certifica que es mayor de edad y goza de la capacidad legal necesaria para otorgar este contrato.

**3. USO DE LA PROPIEDAD:** El COMPRADOR mantendrá el Vehículo libre de toda clase de reclamaciones y gravámenes y no cederá ni transferirá su interés en este Contrato, o en el Vehículo, ni sus derechos asociados a Pólizas de Seguros o Contratos de Servicio para los cuales se incluya algún cargo en este contrato, incluyendo su derecho a Reembolsos de Primas o a Reembolsos de Honorarios y Pagos, ni traspasará la posesión del Vehículo, excepto con el consentimiento escrito del VENDEDOR o Cesionario...

**4. INCUMPLIMIENTO:** El tiempo es un factor esencial en este contrato. EL VENDEDOR podrá acelerar el vencimiento de todo o parte del balance adeudado bajo este contrato y exigir el pago total de esa suma será, al igual que todas las obligaciones del COMPRADOR bajo este contrato, líquida y exigible desde ese momento sin más notificación al COMPRADOR ni a ninguna persona, sin protesto, presentación, demanda ni aviso, a todos los cuales se renuncia, en cualquiera de las siguientes circunstancias: (1) Cuando el COMPRADOR falte en el pago de tres plazos consecutivos; (2) cuando el COMPRADOR falte en el pago de uno o más plazos vencidos, si en dos o más ocasiones anteriores había dejado de pagar dos o más plazos consecutivos y en dichas ocasiones se había rehabilitado totalmente en el pago de los plazos vencidos; (3) cuando el COMPRADOR habiendo dejado de pagar uno o más plazos consecutivos, presente un pago parcial de la suma vencida y después de efectuar ese pago parcial continúe pagando los plazos futuros a su vencimiento, pero siga sin más con respecto al remanente de la suma vencida durante tres plazos consecutivos posteriores a la fecha en que efectuó el

**VEASE AL DORSO PARA EL RESTO DEL CONTRATO**

### DETALLES DEL BALANCE DE PRINCIPAL Y CANTIDAD FINANCIADA

| | | $ |
|---|---|---|
| 1 | Precio de Venta AL CONTADO | |
| | Precio de Venta Accesorios | |
| | Otros | $995.00 |
| 2 | **PRONTO PAGO** | |
| | Pronto Pago en efectivo $ _____ (a) | |
| | Vehículo tomado a cuenta (Trade In) | |
| | Descripción Marca-Año-Modelo | |
| | Valor bruto acordado del vehículo $ 0.00 | |
| | Menos la cantidad adeudada de $ 0.00 | |
| | Valor Neto acordado del | |
| | Vehículo tomando en cuenta $ 0.00 (b) | |
| | Bono ( Rebate ) $ 0.00 (c) | |
| | PRONTO PAGO TOTAL ( suma partida a, b y c ) | $ |
| 3 | BALANCE ADEUDADO DEL PRECIO DE CONTADO | $000.00 |
| 4 | CANTIDADES PAGADAS A OTROS POR CUENTA SUYA | $995.00 |
| | Licencia Seguro Obligatorio y ACAA. $ _____ (d) | |
| | Título / Traspaso $ _____ (e) | |
| | Declaración de Financiamiento, Cancelo Traspaso de Gravamen mobiliario Terminación ( Ley 28 del 17 de agosto de 1995 ) $ 10.00 (g) | |
| | Inscripción / Sellos $ 70.00 (f) | |
| | CARGOS POR DERECHOS ( suma partidas d, e, f y g ) Total | $ |
| 5 | SEGUROS / CONTRATOS DE SERVICIOS ( Véase divulgaciones adicional anejada) | $ |
| 6 | BALANCE PRINCIPAL Y CANTIDAD FINANCIADA ( suma de partidas 3, 4 y 5 ) | $1016.71 |

DIVULGACION REQUERIDA POR LEY FEDERAL CONOCIDA COMO "TRUTH IN LENDING ACT" Y EL "REGLAMENTO Z"

[Truth in Lending disclosure box - illegible]

PROGRAMA DE PAGOS

[illegible]

---

**AVISO AL COMPRADOR:** NO FIRME ESTE CONTRATO SIN LEERLO O SI EL MISMO CONTIENE ESPACIOS EN BLANCO. USTED TIENE DERECHO A UNA COPIA DE ESTE CONTRATO. BAJO LA LEY ACTUAL USTED TIENE DERECHO A SALDAR POR ANTICIPADO EL BALANCE ADEUDADO BAJO EL CONTRATO. EN ESTOS CASOS SE CANCELARA EL PRINCIPAL ADEUDADO A LA FECHA DE PAGO MAS CUALQUIER BALANCE PARA CUBRIR CARGOS O INTERESES DEVENGADOS A ESA FECHA.

CERTIFICO HABER RECIBIDO COPIA LLENA DE ESTE CONTRATO DE VENTA AL POR MENOR A PLAZOS Y QUE HE LEIDO AMBOS LADOS DE ESTE DOCUMENTO Y SUS ANEJOS.

AVISO AL DEUDOR, USTED ESTA ADVERTIDO QUE EL ACREEDOR GARANTIZADO/VENDEDOR TENDRA DERECHO A LA POSESION DE LA PROPIEDAD GRAVADA LUEGO DE UN EVENTO DE INCUMPLIMIENTO, SIN INCOAR PROCEDIMIENTO JUDICIAL.

CONTRATO DE VENTA AL POR MENOR A PLAZOS
Suscrito hoy 3 de Enero
en VEGA BAJA

X _Eduardo Otero_
Firma del Comprador(es)

_[signature]_
del Vendedor

VEASE AL DORSO PARA EL RESTO DEL CONTRATO

AN ENGLISH TRANSLATION OF THIS CONTRACT IS AVAILABLE AT YOUR REQUEST.

PRIMER ORIGINAL

[Stamp: AUTONE 108,791 1999 PUERTO RICO]

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## CERTIFICADO DE TITULO

16may2007 14:56:51    0403-1032-5226-000000000

| NUMERO DE TITULO | FECHA EXPEDICION | NUMERO DE REGISTRO | FECHA REGISTRO |
|---|---|---|---|
| A 2676362 | 25ene2000 | 5621154 | 02mar1999 |

| NUMERO DE SERIE (VIN) | MARCA | MODELO | AÑO | NUM. CILINDROS |
|---|---|---|---|---|
| 1FDWE30L7XHA73770 | Ford | econoline van | 1999 | 08 |

| CAP CARGA | PESO | NUEVO/USADO | TITULO ANTERIOR | ESTADO | ODOMETRO | COLOR |
|---|---|---|---|---|---|---|
| 6,000# | 4,700# | Nuevo | CertOrig. | MI | | 0 blanco |

**NOMBRE Y DIRECCION DEL DUEÑO REGISTRAL**

Nombre: OTERO PRIETO, EDUARDO

Resid: REPARTO VALENCIA
F-18 CALLE MARGARITA
BAYAMON PR 00959

Postal: E-R CALLE SAN AGUSTIN APT 509
SAN JUAN PR 00901

ESTE ES SU TITULO DE PROPIEDAD. CONSERVELO EN SITIO SEGURO.

**GRAVAMENES**

PRIMER GRAVAMEN (VENTA CONDICIONAL)                   FECHA: DIA/MES/AÑO

BBVA                                                   26may2006

SEGUNDO GRAVAMEN (OTROS)

**CANCELACION GRAVAMEN**

EL (LOS) ABAJO FIRMANTE (S) TENEDOR (ES) DEL GRAVAMEN SOBRE EL VEHICULO DE MOTOR DESCRITO ARRIBA, CERTIFICAMOS QUE EL MISMO HA SIDO PAGADO (SI MAS DE UN GRAVAMEN DEBERAN APARECER DOS (2) FIRMAS)

PRIMER GRAVAMEN _____ FECHA _____ FIRMA AUTORIZADA _____

SEGUNDO GRAVAMEN _____ FECHA _____ FIRMA AUTORIZADA _____

SECRETARIO DTOP
O REPRESENTANTE AUTORIZADO

NUMERO CONTROL
A-7633701

NO ES VALIDO SI ALTERADO

Label Matrix for local noticing
0104-3
Case 10-09828-BKT13
District of Puerto Rico
Old San Juan
Thu Feb 24 10:07:23 AST 2011

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424-B
SAN JUAN, PR 00902-4140

DORAL BANK
PO BOX 70308
SAN JUAN, PR 00936-8308

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

PR DEPARTMENT OF LABOR
PRUDENCIO RIVERA MARTINEZ BLDG
505 MUNOZ RIVERA AVENUE
12 FLOOR
SAN JUAN, PR 00918

CitiFinancial, Inc
P.O. Box 70919
Charlotte, NC 28272-0919

ASOC PROP COND BALCONES DE CAROLINA II
PO BOX 31295
SAN JUAN, PR 00929-2295

BAXTER CREDIT UNION
PO BOX 8133
VERNON HILLS, IL 60061-8133

Baxter Credit Union (BCU)
340 N. Milwaukee Ave
Vernon Hills, Il 60061-1533

CITIFINANCIAL - BANKRUPTCY
PO BOX 70919
Charlotte, NC 28272-0919

FIRST PREMIER BANK-V
PO BOX 1348
SIOUX FALLS, SD 57101-1348

ICON PROPERTY MANAGEMENT CORP
PO BOX 31295
SAN JUAN, PR 00929-2295

Palisades Collections, LLC
Vativ Recovery Solutions LLC
As Agent For Palisades Collections, LLC
PO Box 19249
Sugar Land TX 77496-9249

Premier BankCard/Charter
P.O. Box 2208
Vacaville, CA 95696-8208

ENRIQUE M ALMEIDA BERNAL
ALMEIDA & DAVILA PSC
PO BOX 191757
SAN JUAN, PR 00919-1757

FEDERAL LITIGATION DEPT. OF JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

IVETTE SANTIAGO PEREZ
BALCONES DE CAROLINA
CALLE VERGEL 12
APARTADO 2208
CAROLINA, PR 00987-7574

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1938

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)DORAL BANK
PO BOX 70308
San Juan, PR 00936-8308