# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: EDUARDO OTERO PRIETO
YVETTE LA PORTE CAQUIAS

Bkrtcy. No. 10-09826-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| Field | Value |
|---|---|
| Petition Filing Date: | Oct 20, 2010 |
| Meeting Date: | Mar 10, 2011 |
| DC Track No.: | 16 |
| Days from petition date: | 141 |
| Meeting Time: | 11:00 AM |
| 910 Days before Petition: | 4/23/2008 |
| ☐ Chapter 13 Plan Date: | Feb 15, 2011 Dkt.# 21 ☐ Amended. |
| This is debtor(s) ___ Bankruptcy petition. | Plan Base: $23,160.00 |
| This is the ___ Scheduled Meeting | Confirmation Hearing Date: May 12, 2011 Time: 9:00 AM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No. / Date / Amount — Total Paid In: $0.00 |

**I. Appearances:** ☐ Telephone ☐ Video Conference ☒ Creditor(s) present: ☐ None.
- ☒ Debtor Present ☐ ID & Soc. OK ☐ Debtor Absent — BPPR Hencik
- ☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
- Debtor(s) was/were ☐ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☐ Present ☐ Not Present
- ☐ Substitute attorney: ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement** Attorney of record: JOSE PRIETO CARBALLO*
Total Agreed: $3,000.00  Paid Pre-Petition: $136.00  Outstanding: $2,864.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☒ For Failure to appear; ☒ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
- Debtor(s) Income is (are) ☐ Under ☐ Above Median Income. Liquidation Value: ___
- Commitment Period is ☐ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: ___
- The Trustee ☐ RECOMMENDS ☐ OBJECTS Plan confirmation.
- §341 Meeting ☐ CONTINUED ☒ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS
- §341 Meeting Rescheduled for: ___

**V. Trustee's OBJECTIONS to Confirmation:**
- ☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Tax returns requirements. [§1308] ___
- ☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

/s/ José R. Carrión
Trustee            Presiding Officer           Page 1 of 1           Date: Mar 10, 2011